193 So.2d 155

**Willie SHEPHERD, Jr.**

v.

**STATE.**

**7 Div. 869.**

Court of Appeals of Alabama.

Dec. 13, 1966.

■

Love & Love, Talladega, for appellant.

Richmond M. Flowers, Atty. Gen., for the State.

CATES, Judge.

This appeal was submitted December 1, 1966, on the record proper.

We have examined the entire record and the requisites of Code 1940, T. 15, § 389. We consider that appellant's conviction of petty larceny and consequent sentence to ten months (and thirty-two days for $93.55 costs) hard labor for the county comports with Code 1940, T. 14, § 334, and T. 15, § 342, as amended.

The judgment of the circuit court is due to be

Affirmed.